Julie R. Trotter, Bar No. 209675
  jtrotter@calljensen.com
Ellen Connelly Cohen, Bar No. 276458
  ecohen@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Kohl's Department Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:18-cv-05553-JFW-E<br><br>**DECLARATION OF LEAD COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Complaint Filed:  May 14, 2018<br>Trial Date:          None Set |

I, Julie R. Trotter, declare:

1. I am a shareholder with the firm Call & Jensen, APC and counsel for Defendant Kohl's Department Stores, Inc.  I make this declaration in accordance with Local Rules and the Hon. John F. Walter's Standing Order.

2. I am registered as an "ECF User" and my email address is jtrotter@calljensen.com.

KOH01-68:2243621_1:7-6-18                                                - 1 -
DECLARATION OF LEAD COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING

3. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed this 6th day of July 2018, at Newport Beach, California.

*/s/ Julie R. Trotter*
Julie R. Trotter