**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
2/26/19

*John F. Walter*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DOMINGUEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-05553-JFW-E<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND APPLICATION TO CONTINUE TRIAL AND ALL ASSOCIATED DEADLINES (INCLUDING DISCOVERY DEADLINES)**<br><br>Complaint Filed: May 14, 2018<br>Trial Date:     June 18, 2019 |

Pursuant to the parties' Joint Stipulation and Application to Continue Trial and All Associated Deadlines (Including Discovery Deadlines), and good cause appearing therefor, it is hereby **ORDERED** that:

1. Trial is continued from June 18, 2019 to September 17, 2019 at 8:30 a.m.;

2. The hearing on Motions *in Limine* and Disputed Jury Instructions is continued to September 6, 2019 at 10:00 a.m.;

3. The Pre-Trial Conference is continued to August 30, 2019 at 10:00 a.m.;

4. The deadline to submit the Pre-Trial Conference Order; Motions *in Limine*; Memoranda of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed-upon Set of Jury Instructions and Verdict Forms; Joint Statement re: Disputed Instructions, Verdicts, etc. is continued to August 14, 2019;

5. The last day for hearing motions (including Motions for Summary Judgment) is continued to July 1, 2019 at 1:30 p.m.;

6. The discovery cut-off is continued to June 14, 2019; and

7. And any remaining trial- and discovery-related deadlines shall also be continued and triggered from the new trial date, as appropriate.

DENIED

Date: _____     _____
                                  Honorable John F. Walter