JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kathy Dominguez, | ) | Case No. **CV 18-5553-JFW(Ex)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Kohls Department Stores, Inc., et al., | ) | |
| Defendant. | ) | |

The Court, having granted the Defendant Kohl's Department Stores, Inc.'s ("Kohl's") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, based on its determination that there was no genuine issue as to any material fact and that Kohl's was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Kathy Dominguez shall recover nothing from Defendant Kohl's;

2. Defendant Kohl's shall have judgment in its favor on Plaintiff Kathy Dominguez's entire action; and

3. Defendant Kohl's shall recover from Plaintiff Kathy Dominguez its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: March 27, 2019

　　　　　　　　　　　　　　　*/s/ John F. Walter*
　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE