Julie R. Trotter, Bar No. 209675
 jtrotter@calljensen.com
Ellen Connelly Cohen, Bar No. 276458
 ecohen@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

closed

Attorneys for Defendant Kohl's Department Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:18-cv-05553-JFW-E<br><br>Assigned for all purposes to:<br>Hon. John F. Walter<br><br>**JUDGMENT IN FAVOR OF DEFENDANT FOLLOWING COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| | Complaint Filed:  May 14, 2018<br>Trial Date:  None; Defendant Prevailed at Summary Judgment |

# JUDGMENT

On March 27, 2019, this Court granted Defendant Kohl's Department Stores, Inc.'s ("Kohl's'") Motion for Summary Judgment in its entirety and entered judgment in favor of Kohl's on Plaintiff Kathy Dominguez's entire action. (*See* Dkt. Nos. 41-43.)

By Order dated May 21, 2019, this Court granted Kohl's' Motion for Attorneys' Fees and Costs pursuant to Federal Rule of Civil Procedure 54(d) and California Government Code section 12965(b) and awarded Kohl's its attorneys' fees and costs in the amount of $47,018.87. (*See* Dkt. No. 58.)

Accordingly, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:

1. **JUDGMENT** in favor of Defendant Kohl's Department Stores, Inc. shall be entered against Plaintiff Kathy Dominguez in the amount of $47,018.87 (the "Judgment Amount") pursuant to the Court's Order entered on May 21, 2019, which granted Kohl's' Motion for Attorneys' Fees and Costs Pursuant; and

2. Interest shall accrue on the Judgment Amount to the maximum extent permitted by law.

Dated: June 7, 2019

_____
Honorable John F. Walter